1

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                        **FOR THE DISTRICT OF ARIZONA**

8

9      Tomas Latham,                              No. CV-23-02429-PHX-GMS (DMF)

10                   Plaintiff,                    **ORDER**

11     v.

12     B. Gibson, et al.,

13                   Defendants.

14

15

16          Pending before the Court is the Report and Recommendation ("R&R") of

17   Magistrate Judge Deborah M. Fine (Doc. 30) regarding Plaintiff's Motion for Leave to

18   Amend Complaint (Doc. 23) and Plaintiff's lodged proposed First Amended Complaint

19   (Doc. 24).  The R&R recommends Plaintiff's Motion be denied for failure to comply with

20   LRCiv 15.1, for failure to comply with the Court's previous orders and the new claims

21   presented in Plaintiff's lodged proposed First Amended Complaint (Doc. 24) are futile.

22   The Magistrate Judge advised the parties that they had fourteen days to file objections to

23   the R&R.  (R&R at 13 (citing 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72; *United States*

24   *v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). No objections were filed.

25          Because the parties did not file objections, the Court need not review any of the

26   Magistrate Judge's determinations on dispositive matters.  *See* 28 U.S.C. § 636(b)(1); Fed.

27   R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003);

28   *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any

1    review at all . . . of any issue that is not the subject of an objection.").  The absence of a

2    timely objection also means that error may not be assigned on appeal to any defect in the

3    rulings of the Magistrate Judge on any non-dispositive matters.  Fed. R. Civ. P. 72(a) ("A

4    party may serve and file objections to the order within 14 days after being served with a

5    copy [of the magistrate's order].  A party may not assign as error a defect in the order not

6    timely objected to."); *Simpson v. Lear Astronics Corp.*, 77 F.3d 1170, 1174 (9th Cir. 1996);

7    *Phillips v. GMC*, 289 F.3d 1117, 1120–21 (9th Cir. 2002).

8         Notwithstanding the absence of an objection, the Court has reviewed the R&R and

9    finds that it is well taken.  The Court will accept the R&R and deny Plaintiff's Motion for

10   Leave to Amend Complaint (Doc. 23; *see also* Doc. 24).

11        **IT IS THEREFORE ORDERED** that Report and Recommendation of the

12   Magistrate Judge (Doc. 30) is accepted.

13        **IT IS FURTHER ORDERED** denying Plaintiff's Motion for Leave to File

14   Amended Complaint (Doc. 23).

15        Dated this 16th day of December, 2024.

16

17   _____
                     G. Murray Snow
18                   Senior United States District Judge

19

20

21

22

23

24

25

26

27

28